

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 19 2010

JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

PACIFIC HEART AND VASCULAR
MEDICAL GROUP d/b/a PACIFIC HEART
AND VASCULAR, PACIFIC HEART
ASSOCIATES MEDICAL GROUP RETIREMENT
PLAN, DR. LEE STENZLER AND DR. DAREN PRIMACK          PLAINTIFFS

VS.                    NO. 4:09-CV-382 BSM

SCOTT FLETCHER AND FLETCHER LAW FIRM, P.A.            DEFENDANTS

### ORDER OF DISMISSAL WITH PREJUDICE

It appearing to the Court that the parties to this action have settled and compromised their differences, and on motion of the plaintiff, the complaint of plaintiffs, Pacific Heart and Vascular Medical Group d/b/a Pacific Heart and Vascular, Pacific Heart Associates Medical Group Retirement Plan, Dr. Lee Stenzler and Dr. Daren Primack, against defendants, Scott Fletcher and the Fletcher Law Firm, P.A., is hereby dismissed with prejudice.

IT IS SO ORDERED.

_____
HONORABLE BRIAN MILLER

DATE: 7-19-2010

Agreed as to Form and Content:

_____
By: Danny R. Crabtree
ATTORNEY FOR PACIFIC HEART AND VASCULAR
MEDICAL GROUP d/b/a PACIFIC HEART
AND VASCULAR, PACIFIC HEART
ASSOCIATES MEDICAL GROUP RETIREMENT
PLAN, DR. LEE STENZLER AND DR. DAREN PRIMACK

_____
By: P. Delanna Padilla (2001191)
ATTORNEY FOR SCOTT FLETCHER
AND THE FLETCHER LAW FIRM, P.A.

878257-v1